

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-17-00035-CV

Robert **MEDINA** and Christina Medina,
Appellants

v.

Timothy K. **BOWERS,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11752
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:        Marialyn Barnard, Justice (not participating)
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

Appellee has filed two motions in this court. On January 14, 2019, appellee filed a "Motion to Extend Time to File Motion for Rehearing and for Leave to File Motion for En Banc Reconsideration of Appellee." In his motion, he requests a one-day extension of time to file his motion for rehearing. He also seeks permission to file a motion for en banc reconsideration in the event we deny his request for an extension of time. After consideration, we **GRANT** appellee's motion requesting an extension of time to file rehearing and deem his motion for rehearing as timely filed.

Turning to appellee's next motion, on January 12, 2019, appellee filed a Motion for Rehearing of Appellee. After consideration, we **DENY** appellee's motion for rehearing.

It is so **ORDERED** on this 25th day of January, 2019.

PER CURIAM

ATTESTED TO: _____

KEITH E. HOTTLE,
Clerk of Court